UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN M. DUNAGAN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>D. CASE,<br><br>　　　Defendant. | Case No. 1:15-cv-01024-RRB<br><br>**ORDER DENYING MOTION AT<br>AT DOCKET 5** |

At **Docket 5** Plaintiff Brian M. Dunagan, a California state prisoner appearing *pro se* and *in forma pauperis*, has filed a request to compel the officials at Corcoran State Prison to: (1) require the litigation coordinator to return his Complaint; and (2) compel the prison law library to grant him priority legal use of the law library.

It appears that, because Dunagan has filed his Complaint in this Court,[1] the first request has become moot. As to the second request, it also does not appear that prison authorities are currently denying Dunagan necessary access to the law library.

Accordingly, the Motion at **DOCKET 5** is **DENIED** as moot.

**IT IS SO ORDERED** this 5th day of October, 2015.

　　　　　　　　　　　　　　　　　　　S/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Docket 1.

ORDER DENYING DOCKET 5